JOSEPH DISHER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 15, 1883 ; decided November 20, 1883.)

THIS action was brought to recover damages for injuries alleged to have been caused by defendant's negligence.

Plaintiff was a brakeman in its employ, and in consequence of the breaking of a brake-wheel he was thrown from a moving train and injured.

The propositions upon which the charge of negligence was based were that the brake-wheel was of a defective and insufficient pattern, which fact was known to defendant, and that it was weakened by an old fracture, which defendant's inspectors carelessly failed to discover. The court here held that the evidence failed to show any facts to sustain either proposition.

*James F. Gluck* for appellant.

*John T. Murray* for respondent.

FINCH, J., reads for reversal and new trial.
All concur.
Judgment reversed.